# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

KATIE AUSTIN,

        Plaintiff,        Case No. 15-CV-1207

  v.

**MINUTE SHEET**

DECO INC and
ABC INSURANCE COMPANY,

        Defendants,

---

**Hon. David E. Jones, presiding.**    **Deputy Clerk:** Tony Byal

**Type of proceeding:**    Telephonic Status Conference

**Date:** July 6, 2018 at 10:00 AM    **Court Reporter:** Liberty

**Time Commenced: 10:31:09**    **Time Concluded: 10:56:23**

**Appearances:**    **Plaintiff:** Nathaniel Cade Jr
                      **Defendant:** Vincent James Scipior

**Comments:**

Court **DENIES** Motion to File Second Amended Complaint (ECF no. 70).

Court sets trial schedule:

Rule 26(a)(3) Submissions, any Daubert objections, marked deposition transcripts, and proposed voir dire due: **08/10/2018**

Oppositions to submissions, objections to deposition transcripts due: **08/31/2018**

Final Pretrial Conference set for: **09/14/2018 at 10:00 AM**

Three day Jury Trial set for: **09/24/2018 at 9:00 AM**

**Jury Instructions:** If parties want to use 7th circuit Jury Instructions, they may submit a list with any modifications wanted. If parties want to use something different, they may print out the standard jury instructions and submit a redline edit of what they want different and what authority there is. This will get worked out at the final pretrial conference.

**Testimony:** Parties anticipate using medical professional testimony for trial. Depositions of medical

professionals have not been taken yet. Parties may take testimony by video conference at trial if there are scheduling issues. Court will accept recorded testimony of medical experts.

**Courtroom:** Court anticipates using a larger courtroom for trial. There will be a large drop down screen that can be viewed by the jury and witnesses. Recorded and live video can be projected onto screen. Will try to reserve this courtroom for the final pretrial conference to let parties get familiar with it. Parties may contact courtroom deputy to discuss setting up any technology.

**Trial:** Will start trial by 9:00 AM or 9:30 AM everyday. Each day will end no later than 5:00 PM or 5:30 PM. Will discuss any accommodations needed at the final pretrial conference.

**Demonstrative Exhibits:** Demonstrative exhibits will be exchanged between parties before use in trial. Objections will be discussed at either the start or end of trial day. Will try to resolve all objections at the final pretrial conference. Exhibits and videos used in openings will be cleared at final pretrial conference.

**Voir Dire:** Parties usually follow traditional federal voir dire pratices. Parties will discuss ahead of time what questions they want in voir dire. Will not question entire venire at the same time. Will listen to parties if they want to do something different.

Court urges parties to meet and confer on any issues to work out before the final pretrial conference. Parties may contact courtroom deputy with questions.