UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KATIE AUSTIN,

        Plaintiff,        Case No. 15-CV-1207

v.

**MINUTE SHEET**

DECO INC and
ABC INSURANCE COMPANY,

        Defendants,

---

**Hon. David E. Jones, presiding.**    **Deputy Clerk:** Tony Byal

**Type of proceeding:**    Telephonic Scheduling Conference

**Date:** August 1, 2018 at 10:00 AM    **Court Reporter:** Liberty

**Time Commenced: 10:01:58**    **Time Concluded: 10:10:38**

**Appearances:**    **Plaintiff:** Nathaniel Cade Jr
        **Defendant:** Vincent James Scipior

**Comments:**

Plaintiff:

- Mediation is not worth the time at this point. Both parties have entirely different views of numbers. Case has already been mediated in the past.
- Filed Motion for Reconsideration today.


Defendant expresses concern regarding Motion for Reconsideration and conducting extra discovery.


Court:

- Defendants' written response to Motion for Reconsideration is due 08/15/2018
- Plaintiff's reply is due 08/27/2018
- GRANTS request to reschedule trial dates and sets the following schedule:

    - Rule 26(a)(3) Submissions:**01/25/2019**

    - Oppositions to submissions due: **02/08/2019**

    - Marked deposition transcripts**: 02/11/2019**

    - Final Pretrial Conference set for: **02/15/2019 at 10:00 AM**

    - Three day Jury Trial set for: **02/25/2019 at 9:00 AM**